# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CHRISTOPHER RICKER,**

      **Plaintiff,**

**v.**                                   **Case No:   6:16-cv-1902-Orl-22DCI**

**SIMON'S AGENCY, INC.,**

      **Defendant.**

## ORDER OF DISMISSAL

The Court has been advised by the Mediator that on February 3, 2017, Plaintiff's counsel cancelled the mediation conference scheduled for February 21, 2017, because the above-styled action had been settled.  Accordingly, pursuant to Local Rule 3.08(b) M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  Any pending motions are **denied** as moot and the Clerk is **directed** to close the file.

**DONE** and **ORDERED** at Orlando, Florida on April 4, 2017.

ANNE C. CONWAY
United States District Judge

- 2 -

**COPIES FURNISHED TO:**
Counsel of Record